# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ROBERT E. STEWART,

    *Plaintiff*,

vs.

STATE OF NEVADA, *et al.*

    *Defendants*.

Case No. 2:13-cv-01817-JAD-CWH

**O R D E R**

    Plaintiff filed an exactly identical complaint in Case No. 2:13-cv-01572-APG-VCF, *i.e.*, the pleading in this second action literally is a photocopy of the prior complaint, except for the file stamps and date of signature. This action therefore will be dismissed without prejudice as duplicative of the first-filed action. Plaintiff is cautioned that he may be required to pay multiple filing fees if he files multiple identical actions.

    **IT THEREFORE IS ORDERED** that all motions are **DENIED** without prejudice and that this action shall be **DISMISSED** without prejudice in deference to the first-filed action in Case No. 2:13-cv-01572-APG-VCF.

    The Clerk of Court shall enter final judgment accordingly, dismissing this action without prejudice, which shall close the present action only.

    DATED:    November 8, 2013

_____
Jennifer Dorsey
United States District Judge